IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

SCAFCO CORPORATION                                                                                          PLAINTIFF

v.                                         Case No. 2:13-cv-02023

COAST TO COAST CARPORTS, INC.;
COAST TO COAST LOGISTICS, INC. d/b/a
COAST TO COAST CARPORTS; VENANCIO TORRES,
individually and as officer of COAST TO COAST
CARPORTS, INC. and COAST TO COAST
LOGISTICS, INC.; GERARDO TORRES, individually
and as officer of COAST TO COAST CARPORTS, INC.
and COAST TO COAST LOGISTICS, INC.; and
JORGE ZAVALA, individually and as officer of
COAST TO COAST CARPORTS, INC. and
COAST TO COAST LOGISTICS, INC.                                                                      DEFENDANTS

## JUDGMENT

For the reasons set forth in the Court's Order filed contemporaneously herewith, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff Scafco Corporation's motion for summary judgment (Doc. 11) is **GRANTED** as to Defendant Coast to Coast Carports, Inc. in the amount of $146,020.74 plus interest accrued since March 4, 2013, as was contemplated by the parties' credit agreement.

IT IS SO ORDERED this 2nd day of August, 2013.

/s/ P. K. Holmes, III
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE